[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Mary O'Connor

Plaintiff

GOLD STANDARD BAKERY
ELITE STAFFING INC

v.

Defendant

1:19-cv-03271
Judge Elaine E. Bucklo
Magistrate Judge Mary M. Rowland

RECEIVED
2019 MAY 14 PM 11:50
U.S. DISTRICT COURT

RECEIVED
MAY 14 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Mary O'Connor on behalf of her complaint against GSB and Elite Staffing Inc. states as follows. This action is being brought forward for Defendants' failure to provide a safe work place environment by means of background checks, electronic monitoring in all areas of workplace, supervisors, and security officers, and for wrongful firing. I was attacked by fellow employee Tony Polk and ask a judgement of $8,000,000.00 for internal, external injuries, a lifetime of pain suffering + loss of quality of life. Respectfully

Mary O'Connor
5248 S Tripp
Chgo IL 60632

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]